IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01538-MSK-KLM

BRAHMA GROUP, INC., a Nevada corporation,

    Plaintiff,

v.

AMES CONSTRUCTION, INC., a Minnesota corporation, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Entry of Protective and Confidentiality Order and Joint Motion to Restrict Public Access to Confidential Documents** [#32] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED in part and DENIED without prejudice in part**.

    The Motion [#32] is **granted** to the extent that the Protective Order [#32-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    The Motion [#32] is **denied without prejudice** to the extent the parties seek to restrict public access to confidential documents, because they have not directed the Court's attention to any document currently on the electronic docket which should be restricted.[1] The parties may file motions to restrict any documents currently filed, or which may be filed in the future, so long as any such motion complies with D.C.COLO.LCivR 7.2.

    IT IS FURTHER **ORDERED** that the Clerk of Court shall remove all restriction from the Joint Brief in Support of Joint Motion to Restrict Public Access to Confidential Documents [Filed as a Restricted Document Pursuant to D.C.COLO.LCrR 47.1(c)] [#33]. This brief contains no material which should be restricted pursuant to D.C.COLO.LCivR

---

[1] Although the parties refer to an "Exhibit B" in connection with this restriction request, no such document appears to have been filed with the Court. *See Motion* [#32] at 3.

7.2, and the Court finds the parties have not demonstrated the applicability of D.C.COLO.LCrR 47.1(c), a criminal local rule, under which the parties have purported to seek restriction of the document.

Dated: December 21, 2015