IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01538-WJM-KLM

BRAHMA GROUP, INC., a Nevada corporation,

    Plaintiff,

v.

AMES CONSTRUCTION, INC., a Minnesota corporation, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Non-Party Newmont CC&V Mining Corporation's ("CC&V") **Motion to Intervene to File Motion to Quash or Modify Plaintiff Brahma Group, Inc.'s Subpoena *Duces Tecum* to CC&V or, Alternatively, Motion for a Protective Order Regarding the Subpoena** [#48] (the "Motion"). On April 1, 2016, the Court granted Defendant Ames's Motion for Leave to File Third-Party Complaint Against Newmont CC&V Mining Corporation [#40]. Although CC&V has not yet been served with the Third-Party Complaint, CC&V is regardless entitled to intervene in this matter for the limited purpose of seeking to quash the subpoena served on it by Plaintiff.[1]  *See, e.g.*, *Walters v. S & F Holdings LLC*, No. 14-cv-02006-REB-MJW, 2015 WL 5081689, at *2 (D. Colo. Aug. 28, 2015).  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#48] is **GRANTED**. CC&V is permitted to intervene for the limited purpose of seeking to quash the subpoena served on it by Plaintiff.

    Dated: April 1, 2016

---

[1] The hearing on the underlying Motion to Quash or Modify Plaintiff Brahma Group, Inc.'s Subpoena *Duces Tecum* to CC&V or, Alternatively, Motion for a Protective Order Regarding the Subpoena [#49] is set for April 4, 2016 at 2:00 p.m.  *See Minute Order* [#60].