IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 15-cv-01538-WJM-KLM | FTR - Reporter Deck - Courtroom A401 |
| Date: April 4, 2016 | Courtroom Deputy:  Laura Galera |

*Parties:*                                                *Counsel:*

BRAHMA GROUP, INC.,                      Linwood Holt
                                                               Kevin Walsh
       Plaintiff,                                         Kevin Pointer

 v.

AMES CONSTRUCTION, INC., and         Matthew Clark
TRAVELERS CASUALTY AND SURETY     Laurence DeMuth III
COMPANY OF AMERICA,                    Jeffrey George
                                                               Joseph Lambert
       Defendants,

**COURTROOM MINUTES/MINUTE ORDER**

**DISCOVERY HEARING**
**Court in session:   2:04 p.m.**

Court calls case. Appearance of counsel.

Discovery Hearing is called regarding ThirdParty Defendant CC&V's oral Motion to Quash Subpoena, and Defendant's oral Motion to Compel Responses to Requests for Production #1, #19, and #20 (the "Motions").  For the reasons set forth on the record:

**ORDERED:**  ThirdParty Defendant CC&V's oral Motion to Quash Subpoena is **DENIED AS MOOT.**

**ORDERED:**  ThirdParty Defendant CC&V shall file their answer and counterclaims **no later than April 19, 2016.**

**ORDERED:**  Defendants Ames Constructions, Inc. and Travelers Casualty and Surety Company of America's Motion to Modify Scheduling Order [#64] is **GRANTED IN PART AND DENIED IN PART.**  A Scheduling Conference is

        set before Magistrate Judge Mix on **May 2, 2016 at 4:00 p.m.** The parties must submit a proposed scheduling order **no later than noon on April 29, 2016.** Counsel are directed to set forth any disagreements in writing within the proposed Scheduling Order. The current scheduling order deadlines are SUSPENDED pending entry of a new scheduling order.

**ORDERED:** Defendants Ames Construction, Inc. and Travelers Casualty and Surety's Motion for Expedited Briefing on Motion to Modify Scheduling Order and Stay of Deadlines Pending Order [#65] is **GRANTED IN PART AND DENIED IN PART.** Any discovery is STAYED between now and entry of a new Scheduling Order.

**ORDERED:** ThirdParty Defendant CC&V shall file their mandatory disclosures pursuant to the rules **no later than April 11, 2016.**

**ORDERED:** Defendant's oral Motion to Compel Responses to Requests for Production #1, #19, and #20 is DENIED WITHOUT PREJUDICE.

HEARING CONCLUDED.
**Court in recess:     3:02 p.m.**
Time In Court:     00:58 minutes

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at (303)988-8470.