IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 15-cv-01538-WJM-KLM | FTR - Reporter Deck - Courtroom A401 |
| Date: April 4, 2016 | Courtroom Deputy:  Laura Galera |

*Parties:*

BRAHMA GROUP, INC.,

    Plaintiff,

 v.

AMES CONSTRUCTION, INC., and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

    Defendants,

*Counsel:*

Linwood Holt
Kevin Walsh
Kevin Pointer

Matthew Clark
Laurence DeMuth III
Jeffrey George
Joseph Lambert

**AMENDED COURTROOM MINUTES/MINUTE ORDER**

**DISCOVERY HEARING**
**Court in session:   2:04 p.m.**

Court calls case. Appearance of counsel.

Discovery Hearing is called regarding **Third-Party Defendant CC&V's Motion to Quash Subpoena [#49]** and Defendant's oral Motion to Compel Responses to Requests for Production #1, #19, and #20 (the "Motions").  For the reasons set forth on the record:

**ORDERED:** **Third-Party Defendant CC&V's Motion to Quash Subpoena [#49]** is **DENIED AS MOOT.**

**ORDERED:** Third-Party Defendant CC&V shall file its answer and counterclaims **no later than April 19, 2016.**

**ORDERED:** Defendants Ames Constructions, Inc. and Travelers Casualty and Surety Company of America's Motion to Modify Scheduling Order [#64] is **GRANTED IN PART AND DENIED IN PART.**  A Scheduling Conference is

set before Magistrate Judge Mix on **May 2, 2016 at 4:00 p.m.** The parties must submit a proposed scheduling order **no later than noon on April 29, 2016.** Counsel are directed to set forth any disagreements in writing within the proposed Scheduling Order. The current scheduling order deadlines are SUSPENDED pending entry of a new scheduling order.

**ORDERED:** Defendants Ames Construction, Inc. and Travelers Casualty and Surety's Motion for Expedited Briefing on Motion to Modify Scheduling Order and Stay of Deadlines Pending Order [#65] is **GRANTED IN PART AND DENIED IN PART.** Except as set forth below, discovery is STAYED between now and entry of a new Scheduling Order.

**ORDERED:** Third-Party Defendant CC&V shall file its mandatory disclosures pursuant to Rule 26(a)(1)(C)**. Plaintiff and Defendants Ames Construction Inc. and Travelers Casualty and Surety Company of America** shall make their mandatory disclosures available to Third-Party Defendant CC&V **no later than April 11, 2016.**

**ORDERED:** Defendant's oral Motion to Compel Responses to Requests for Production #1, #19, and #20 is DENIED WITHOUT PREJUDICE.

HEARING CONCLUDED.
**Court in recess:    3:02 p.m.**
Time In Court:        00:58 minutes

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at (303)988-8470.