IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01538-WJM-KLM

BRAHMA GROUP, INC., a Nevada corporation,

    Plaintiff,

v.

AMES CONSTRUCTION, INC., a Minnesota corporation, and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

    Defendants.

AMES CONSTRUCTION, INC., a Minnesota corporation,

    Third-Party Plaintiff,

v.

NEWMONT CC&V MINING CORPORATION, doing business as Cripple Creek & Victor Gold Mining Company,

    Third-Party Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate and Reschedule the Scheduling Conference Set for May 2, 2016** [#75] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#75] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for May 2, 2016, at 4:00 p.m. is **VACATED** and **RESET** to **May 25, 2016** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **May 18, 2016**.

    Dated:  April 18, 2016